FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 02, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CARL PARKS,<br><br>                Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES LLC, a Georgia Limited Liability Company,<br><br>                Defendant. | No.   2:15-CV-0300-SMJ<br><br>**ORDER DISMISSING CASE** |

On March 1, 2017, the parties filed a Stipulation and Order of Dismissal with Prejudice, ECF No. 31. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

    **1.**     The parties' Stipulation and Order of Dismissal with Prejudice, **ECF No. 31**, is **GRANTED.**

    **2.**     All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

    **3.**     All pending motions are **DENIED AS MOOT.**

    **4.**     All hearings and other deadlines are **STRICKEN.**

    **5.**     The Clerk's Office is directed to **CLOSE** this file.

1 **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order

2 and provide copies to all counsel.

3 **DATED** this 2nd day of March 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE - 2